IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT S. WALDMAN,**<br>　　　**Plaintiff,**<br><br>　　　v.<br><br>**T. BRADFOD, et al.,**<br>　　　**Defendant.** | **CIVIL ACTION NO. 02-4091** |

**O R D E R**

**AND NOW,** this 1st day of July, 2002, it is **ORDERED** as follows:

1.　　　SERVICE.  **COUNSEL FOR PLAINTIFF SHALL SERVE A COPY OF THIS ORDER UPON COUNSEL FOR THE DEFENDANT AS SOON AS THE IDENTITY OF COUNSEL IS LEARNED.**  Service of the Complaint shall be completed so as not to delay the implementation of this Order.

2.　　　PRETRIAL CONFERENCE.  A pretrial conference in the above captioned case will be held on **September 6, 2002,** at 9:00 A.M., before JUDGE MARVIN KATZ, in Chambers, Room 13613, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

　　　The conference shall be attended by trial counsel prepared and authorized to discuss all legal issues, trial matters and settlement.

　　　In order to have a useful pretrial conference, as well as just, speedy, and inexpensive determination of the action, plaintiff(s) and defendant(s) shall exchange on a mutually agreed time and date at least five days before the conference:

　　　(a)　　Copies of all material documents under their control;

　　　(b)　　The names and addresses of all persons believed to have material information and a summary of that information;