IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT S. WALDMAN                      :        CIVIL ACTION
                                       :
        v.                             :
                                       :        NO.  02-4091
T. BRADFORD, et al.                    :

**O  R  D  E  R**

AND NOW, this 6th day of September, 2002, the following schedule is HEREBY
ORDERED in the above captioned matter:

1.    All discovery (including responses) shall be completed by **NOVEMBER 15, 2002**;

2.    All dispositive motions and/or Daubert motions shall be filed on or before **DECEMBER 13, 2002**, with courtesy copies hand delivered to chambers on the day of filing;

3.    All responses to dispositive motions shall be filed on or before **DECEMBER 24, 2002**, with courtesy copies hand delivered to chambers on the day of filing;

4.    All Motions in Limine shall be filed by **DECEMBER 31, 2002**, with courtesy copies hand delivered to chambers on the day of tiling.  Responses to Motions in Limine shall be filed by **JANUARY 6, 2003**, with courtesy copies hand delivered to chambers on the day of filing.

5.    A Pretrial Stipulation, signed by all counsel, shall be filed by **DECEMBER 31, 2002**.  (See Standing Order Re Pretrial Stipulation, attached hereto).

6.    A final pretrial conference will take place on **MONDAY, JANUARY 13, 2003, at 10:00 a.m.**, WITH JURY SELECTION AND TRIAL TO COMMENCE IMMEDIATELY THEREAFTER.

                         BY THE COURT:


                         _____
                         JACOB P. HART
                         UNITED STATES MAGISTRATE JUDGE

cc: Faxed to:
   M. Phiambolis, Esq.; R. Henzes, Esq.

JUDGE HART'S STANDING ORDER RE PRETRIAL STIPULATION

(JURY TRIAL)

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(1) and (2), a Pretrial Stipulation shall be submitted, containing the following:

1.    Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2.    Each party's disputed facts.

3.    Each party's exhibits, as marked for trial. (Any objections to authenticity should be noted or will be considered waived. Exhibits shall be provided to the Court in the form of two, jointly prepared, loose leaf Exhibit Books, each separately numbering Joint Exhibits, Plaintiff's Exhibits, and Defendant's Exhibits.)

4.    Each party's witnesses and the subject matter of the witness's testimony. (PLEASE NOTE: IF YOU WILL BE USING VIDEO EQUIPMENT TO PRESENT THE TESTIMONY OF A WITNESS, YOU MUST EITHER SUPPLY THAT EQUIPMENT OR REQUEST AT LEAST TWO WEEKS BEFORE TRIAL THAT THE COURT RESERVE EQUIPMENT FOR YOU)

5.    Unusual issues - contentions and authority.

6.    Proposed voir dire questions, requests for jury instructions, and a proposed jury verdict form. Counsel shall make a good faith effort to agree upon as many of these items as possible. ( THESE ITEMS ARE TO BE SUBMITTED ON DISK (WORDPERFECT IF POSSIBLE) AS WELL AS IN HARD COPY.)

7.    The signed approval of trial counsel for each party.

IT SHALL BE THE RESPONSIBILITY OF PLAINTIFF'S COUNSEL TO CIRCULATE A DRAFT OF THIS PRETRIAL STIPULATION AT LEAST ONE WEEK BEFORE IT IS DUE.