IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT S. WALDMAN : CIVIL ACTION
:
v. :
: NO. 02-4091
T. BRADFORD, et al. :

**O R D E R**

AND NOW, this 30th day of December, 2002, upon consideration of the cross-motions for summary judgment and the Defendants' Response to Plaintiff's Motion, IT IS HEREBY ORDERED that the Court will hear ORAL ARGUMENT on Thursday, January 9, 2003, at 10:00 a.m., in Courtroom 5D.

_____BY THE COURT:


_____                            _____
                                            JACOB P. HART
                                            UNITED STATES MAGISTRATE JUDGE