IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT S. WALDMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TROOPER BRADFORD, et al. | : | NO. 02-4091 |

### O R D E R

AND NOW, this 9th day of January, 2003, upon consideration of the cross-motions for summary judgment, the replies, and after holding oral argument, IT IS HEREBY ORDERED the Defendants' Motion for Summary Judgment is GRANTED and the Plaintiff's Motion is DENIED. The Defendants are entitled to sovereign immunity on the state law claims and we find that the Defendants are entitled to qualified immunity for the constitutional violations alleged in the complaint. Therefore, JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS ON ALL COUNTS.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE