IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Robert S. Waldman

                  02-4091
                  District Court Docket Number

      vs.

Trooper T. Bradford, et al

Notice of Appeal Filed <u>1/30/03</u>
Court Reporter(s)/ESR Operator(s) esr

Filing Fee:
      Notice of Appeal <u>x</u> Paid __Not Paid    __Seaman
      Docket Fee     <u>X</u> Paid __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                         Defendant's Address (for criminal appeals)

                               Prepared by :_____
                                     Patricia Horning 1/30/03
                                     Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm